UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SAMUEL MARTIN                                                CIVIL ACTION

VERSUS                                                       NO. 15-3217

NATHAN CAIN ET AL.                                           SECTION "E"(2)

**O R D E R**

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Samuel Martin for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

**New Orleans, Louisiana, this 15th day of June, 2017.**

_____
UNITED STATES DISTRICT JUDGE